**Order entered December 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01296-CV

### IN RE SAMUEL THELLER, Relator

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-05637**

## ORDER
Before Judges Bridges, Osborne, and Carlyle

This original proceeding arises from an October 3, 2019 Order granting a motion for new trial signed in the 95th Judicial District Court of Dallas County, Texas. On November 1, 2019, the presiding judge of the 95th Judicial District Court was appointed to the Fifth District Court of Appeals. Rule 7.2(b) requires this Court to abate this proceeding to allow the successor judge to reconsider the October 3, 2019 order. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision.").

Accordingly, we **ABAT**E this original proceeding pursuant to rule 7.2(b) of the Texas Rules of Appellate Procedure. This case is removed from the Court's active docket until further order of this Court, to allow the successor judge, once appointed, to reconsider the October 3, 2019 ruling of the former judge of the 95th Judicial District Court. We further **ORDER** the

1

parties to file a status report with this Court within ten days of any ruling by the successor judge required by rule 7.2(b).

/s/     LESLIE OSBORNE
           JUSTICE